IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY GORAK,

    Plaintiff,

v.

LYNDA SCHWANDT,
TONJA HESSELBERG
SGT. O'ROURKE, SGT. DAVIS,
CO. WICK and CO. GORDON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-230-slc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing the case.

_____      2/8/04
Peter Oppeneer, Clerk of Court           Date